UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

THOMAS CRAWFORD,
          Plaintiff,

v.

W. HUGHES, et al.,
          Defendants.
_____

**DECISION & ORDER**
13-CV-6638

At a status conference on August 30, 2017, plaintiff agreed that his motions for miscellaneous relief (Docket ## 80, 94) are moot and could be withdrawn. Accordingly, plaintiff's motion for miscellaneous relief to compel mandatory disclosure (Docket # 80) and his motion for miscellaneous relief to appoint an expert witness (Docket # 94) are **denied** as moot.

                                                  _____
                                                  JONATHAN W. FELDMAN
                                                  United States Magistrate Judge

Dated:    August 31, 2017
           Rochester, New York